**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincent Allen KNAPP, Defendant–Appellant.**

**No. 12–12320**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Feb. 22, 2013.

Anne Ruth Schultz, Wifredo A. Ferrer, Daren Grove, Maria Kostantina Medetis, U.S. Attorney's Office, Kathleen Mary Salyer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

---

**816**

Thomas John Butler, Thomas Butler, Esq., Miami Beach, FL, for Defendant–Appellant.

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Thomas John Butler, appointed counsel for Vincent Knapp in this direct criminal appeal, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). In response, Knapp has filed a motion to withdraw his appeal alleging his counsel has not directly communicated with him about counsel's motion to withdraw.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit on appeal as to Knapp's convictions and sentences, counsel's motion to withdraw is **GRANTED,** Knapp's motion to withdraw his appeal is **DENIED,** and Knapp's convictions and sentences are **AFFIRMED.**